1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  400 Corporate Pointe, Suite 300
4  Culver City, California 90230
   Telephone: (310) 846-5800
5
6  Attorney for Plaintiff
7

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN -3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8                UNITED STATES DISTRICT COURT
9                 FOR THE CENTRAL DISTRICT
10                      OF CALIFORNIA
11
12  ----------------------------------------X   CIVIL ACTION NO.
    BLACKBELT TV, INC.,                         2:11-cv-10382-GAF-AGR
13
14                                              [PROPOSED] ORDER OF
                                                DISMISSAL
15              Plaintiff,                      **WITH PREJUDICE**
16
17
18
19  METRONOME ENTERPRISES,
    INCORPORATED and ERIK D. JONES,
20
21              Defendants.
    ----------------------------------------X
22
23
24     The parties having stipulated to dismissal of their claims in the above-
25  referenced action;
26
27
28

                                    1

IT IS HEREBY ORDERED THAT:

1. Subject to Paragraph 2 below, Plaintiff's claims against defendants Metronome Enterprises, Incorporated and Erik D. Jones are hereby dismissed with prejudice;

2. The dismissal of any claims hereunder does not affect the Order entered on July 11, 2013 ordering the United States Patent and Trademark Office to amend the Black Belt TV registration to require a disclaimer of the words "Black Belt TV";

3. Defendants' counterclaims against Plaintiff are hereby dismissed with prejudice; and

4. The parties shall bear their own costs and attorneys' fees.

6/3/14

_____
THE HONORABLE GARY A. FEESS
United States District Judge